160 A.3d 795

**M.A., Appellee**

v.

**M.G., Appellant**

**No. 17 WAP 2016**

Supreme Court of Pennsylvania.

DECIDED: November 15, 2016

Erica Nicole Burns, Esq., Richard Ducote, PC, for M.G., Appellant.

Carla Schiff Donnelly, Esq., for M.A., Appellee.

## ORDER

PER CURIAM

The appeal is DISMISSED as having been improvidently granted.

160 A.3d 796

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**George Theodore REYNOLDS, Petitioner**

**No. 702 MAL 2015**

Supreme Court of Pennsylvania.

DECIDED: November 15, 2016